UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2020
```

------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

                                             :        17-CR-157 (VEC)

              -against-                      :

                                             :        ORDER

HENRY RODRIGUEZ,                             :

                                             :

                          Defendant.         :

------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Rodriguez has filed a motion for compassionate release;

      IT IS HEREBY ORDERED that the Government must file a response by **May 29, 2020**.

Mr. Rodriguez may file a reply by **June 2, 2020**.  In its response, the Government should explain

when the Bureau of Prisons is expected to resume transferring prisoners and when Mr.

Rodriguez is likely to be moved to his designated facility.


**SO ORDERED.**

**Dated: May 22, 2020**
     **New York, NY**

                                 _____
                                    **VALERIE CAPRONI**
                           **United States District Judge**